**Order entered June 30, 2021**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-01059-CV

**KOFI OBENG AND OBENSTAR, LLC, Appellants**

**V.**

**COPART, INC., COPART OF TEXAS, INC., AND COPART OF HOUSTON, INC., Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-02553-B**

### ORDER

Before the Court is appellants' June 29, 2021 unopposed motion for extension of time to file their opening brief. Appellants note their brief was first due April 1, 2021 and that we extended the deadline to July 1, 2021 to allow them an opportunity to obtain counsel. They further note that, at the time we extended the deadline, we cautioned them that further extension requests would be disfavored. They explain the extension is necessary, however, because they requested, through counsel who made his appearance on May 4, supplemental

clerk's and reporter's records on May 13, and the supplemental clerk's record was filed just before the motion at hand, and, as of the filing of the motion, the supplemental reporter's record had not been filed.

We note the supplemental reporter's record was filed this morning. Accordingly, we **GRANT** the motion and **ORDER** the brief be filed no later than July 20, 2021. *We caution appellants that failure to file the brief by July 20 may result in dismissal of the appeal without further notice.* *See* TEX. R. APP. P. 38.8(a)(1).

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE